1  Cyrus Safa
   Attorney at Law: 13241
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook & Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax: (702) 384-0394
9  E-mail: JGonzalez@shookandstone.com

10
   Attorneys for Plaintiff Brian D. Mitts
11

   ✓ FILED        ___ RECEIVED
   ___ ENTERED    ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

   OCT 30 2018

   CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
   BY: _____ DEPUTY

12

13              **UNITED STATES DISTRICT Court**

14                     **DISTRICT OF NEVADA**

15                                                    ORDER

16  BRIAN D. MITTS,                ) Case No.: 3:18-cv-00230-HDM-CBC
                                   )
17                                 ) STIPULATION TO EXTEND TIME
           Plaintiff,              ) OF TIME TO FILE MOTION FOR
18                                 ) REMAND/REVERSAL
       vs.                         )
19                                 ) (FIRST REQUEST)
    NANCY A. BERRYHILL, Acting     )
20  Commissioner of Social Security,)
                                   )
21         Defendant.              )
                                   )
22

23      Plaintiff Lisa Anderson and Defendant Nancy A. Berryhill, Acting

24  Commissioner of Social Security, through their undersigned attorneys, stipulate,

25  subject to this court's approval, to extend the time from October 27, 2018 to

26  December 28, 2018, for Plaintiff to send his Motion for Remand/Reversal with all

                                      -1-

other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel who required additional time to fully research the issues presented due to counsel heavy caseload and hearing travel schedule over the recent weeks. In addition, Counsel required time off to attend a family member's wedding out of state which impacted a heavy briefing and hearing calendar. Counsel has addressed his heavy work schedule by ceasing the intake of additional cases to avoid such requests in the future. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: October 29, 2018             Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ / *Cyrus Safa*
BY: _____
Cyrus Safa
Attorney for plaintiff Brian D. Mitts

DATE: October 29, 2018             DAYLE ELIESON
United States Attorney


/s/ Sharon Lahey
BY: _____

Sharon Lahey
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 10/30/2018

-2-

1  DATED:

2  IT IS SO ORDERED:

3  UNITED STATES MAGISTRATE JUDGE

1
2
3
## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 3:18-CV-00230-HDM-CBC

4  I hereby certify that I electronically filed the foregoing with the Clerk of the

5  Court for this court by using the CM/ECF system on October 29, 2018.

6  I certify that all participants in the case are registered CM/ECF users and

7  that service will be accomplished by the CM/ECF system.
8
9
*/s/ Cyrus Safa*
_____

10
11
Cyrus Safa
Attorneys for Plaintiff
_____

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26