# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN D. MITTS, | ) | 3:18-cv-00230-HDM-CBC |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

The Court has considered the Report and Recommendation of the United States Magistrate Judge (ECF No. 17) filed on April 15, 2019, in which the Magistrate Judge recommends that this Court enter an order denying plaintiff's motion for remand (ECF No. 15), granting defendant's cross-motion to affirm (ECF No. 16), and affirming the decision of the Commissioner. No objections to the Report and Recommendation have been filed, and the time for doing so has expired.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Accordingly, the Court hereby **ADOPTS AND ACCEPTS** the Report and Recommendation of the United States Magistrate Judge (ECF No. 17). Therefore, plaintiff's motion for remand(ECF No.

1

15) is denied, defendant's cross-motion to affirm (ECF No. 16) is granted, and the decision of the Commissioner is affirmed. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 3rd day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE